# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: JOSEPHINE A. GALLO, AN
INCAPACITATED PERSON  MARGARET
GALLO,

                   Respondent

        v.

PETER GALLO,

                   Petitioner

: No. 63 WAL 2019
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

      **AND NOW**, this 20th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.